| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Simon, Michael H. | 2. Court or Organization<br><br>U.S. District Court, Oregon | 3. Date of Report<br><br>05/09/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>1327 United States Courthouse<br>1000 Southwest Third Avenue<br>Portland, OR 97204 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Classroom Law Project |
| 2. | Member (minority interest; no control or managerial responsibility) | Innsmouth Partners, L.L.C. (motion picture production company based in Hillsboro, OR; holds no investments) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Perkins Coie Oregon, P.C. (payout of law firm capital account per agreement; see 2011 FDR at Section II, line 1) | $172,783.00 |
| 2. 2012 | Samuel French, Inc. (theatrical royalties for "The Odd Couple") | $19,517.04 |
| 3. 2012 | International Authors Society (theatrical royalties for "The Odd Couple") | $9,964.62 |
| 4. 2012 | Tams-Witmark Music Library, Inc. (theatrical royalties for "Promises, Promises") | $1,997.76 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | U.S. House of Representatives (      wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U S Bank NA (checking and savings) | B | Interest | O | T | | | | | |
| 2. Bank of America (checking and savings) | A | Interest | J | T | | | | | |
| 3. Key Bank (checking and savings) | A | Interest | J | T | | | | | |
| 4. OnPoint Community Credit Union (checking and savings) | A | Interest | K | T | | | | | |
| 5. Perkins Coie Oregon, P.C. (capital account) (Y) | | None | | | Distributed | 06/29/12 | M | | |
| 6. Brokerage # 1 (IRA, rolled over from 401k) (Header only) | | | | | | | | | |
| 7. -- Vanguard Capital Opportunity mutual fund | C | Dividend | L | T | | | | | |
| 8. -- Vanguard Emerging Markets Stock Index mutual fund | B | Dividend | L | T | | | | | |
| 9. -- Vanguard Energy mutual fund | C | Dividend | L | T | | | | | |
| 10. -- Vanguard European Stock Index mutual fund | B | Dividend | K | T | | | | | |
| 11. -- Vanguard Global ex-U.S. Real Estate Index mutual fund | D | Dividend | M | T | | | | | |
| 12. -- Vanguard Health Care mutual fund | C | Dividend | L | T | | | | | |
| 13. -- Vanguard Inflation-Protected Securities mutual fund | C | Dividend | M | T | | | | | |
| 14. -- Vanguard PRIMECAP mutual fund | D | Dividend | N | T | | | | | |
| 15. -- Vanguard REIT Index mutual fund | D | Dividend | M | T | | | | | |
| 16. -- Vanguard 500 Index Fund (X) | C | Dividend | M | T | Buy | 04/02/12 | M | | |
| 17. -- Vanguard (Perkins Coie) Cash Balance Plan (Y) | | None | | | Distributed | 04/02/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage # 2 (stocks, bonds, cash, and IRAs) (Header only) | | | | | | | | | |
| 19. -- Ameriprise cash holding account | B | Interest | K | T | | | | | |
| 20. -- Oregon State Dept. of Admin. Services municipal bond | B | Interest | M | T | | | | | |
| 21. -- Ameriprise Activie Diversified Fund (no control) | E | Dividend | P1 | T | | | | | |
| 22. -- Blackrock Global Allocation mutual fund | A | Dividend | K | T | Sold (part) | 03/23/12 | J | B | |
| 23. -- Franklin Templeton Growth Allocation mutual fund | A | Dividend | K | T | | | | | |
| 24. -- Manning & Napier Pro-Blend Extended Term mutual fund | B | Dividend | K | T | Sold (part) | 03/23/12 | J | B | |
| 25. -- MFS Aggressive Growth mutual fund | B | Dividend | L | T | | | | | |
| 26. -- MFS Growth mutual fund | B | Dividend | L | T | | | | | |
| 27. -- Neuberger Berman Socially Responsible mutual fund | B | Distribution | K | T | Sold (part) | 03/23/12 | J | B | |
| 28. -- Van Eck International Investors Gold mutual fund | A | Distribution | K | T | | | | | |
| 29. Brokerage # 4 (Y) (Header only) | | | | | | | | | |
| 30. -- Fidelity Advisor 529 100% Equity Port. mutual fund (Y) | | None | | | Sold | 11/20/12 | K | D | |
| 31. Northwestern Mutual Life Ins. (life ins. cash value) | B | Dividend | L | T | | | | | |
| 32. Gold Coins | | None | M | T | | | | | |
| 33. TWB Investment Partnership, L.P. (no control) (Y) | B | Distribution | | | Closed | 12/31/12 | J | | See Part VIII, line 2 |
| 34. TWB Investment Partnership II, L.P. (no control) (Y) | D | Distribution | | | Closed | 12/31/12 | J | | See Part VIII, line 2 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 1201 Venture Investments, L.P. (no control) (Y) | B | Distribution | | | Closed | 12/31/12 | J | | See Part VIII, line 2 |
| 36. Innsmouth Partners, L.L.C. (no control) | | None | J | U | | | | | |
| 37. Bonamici for Congress (spouse's loan to her campaign) | | None | M | U | | | | | |
| 38. Oregon Savings Growth Plan | A | Dividend | | | Distributed | 06/29/12 | J | | |
| 39. Perkins Real Estate Ventures, L.L.C. (no control) (X and Y) | B | Distribution | | | Closed | 12/31/12 | J | | See Part VIII, line 3 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part I, line 2 and Part VII, Line 36. Innsmouth Partners, L.L.C. is a movie production company based in Hillsboro, OR. It holds no investments. My wife and I own a minority interest and exercise no control or managerial responsibility.

2. Part VII, lines 33, 34, and 35. These three limited partnerships are all affiliated with my former law firm, Perkins Coie, L.L.P. Effective December 31, 2012, I returned, transferred, and quitclaimed all of my interests in these three limited partneships (as well as in a related L.L.C.; see note 3 below) for no consideration.

3. Part VII, line 39. Perkins Real Estate Ventures, L.L.C. is a limited liability company affiliated with my former law firm, Perkins Coie, L.L.P. Several years ago, while I was still a partner in that law firm, this L.L.C. was a partner in a project to develop a hotel in Seattle, WA. I invested approximately $10,000 in that project through this L.L.C. In about 2010, I returned, transferred, and quitclaimed all of my interest in that hotel project for no consideration. I assumed that this transaction also ended my interest in Perkins Real Estate Ventures, L.L.C., but my assumption was mistaken, although I no longer held any interest in any projects of that L.L.C. Effective December 31, 2012, I returned, transferred, and quitclaimed all of my interest in Perkins Real Estate Ventures, L.L.C. for no consideration. I have not yet received my 2012 Final K-1 for this L.L.C. and have been told that it will not likely be ready until August 2013. Thus, my entry of 2012 income in Part VII, line 40 (estimated final distribution) is only an estimate and is likely too high. In fact, I do not expect that my 2012 Final K-1 will show any significant distribution, but I have chosen to err on the siding of providing this estimated distribution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael H. Simon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544